UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------
x
JORGE LUIS ESPINAL,

                Petitioner,                    **MEMORANDUM**

   -against-                                    Case No. 11-CV-0163

WILLIAM BROWN,

                Respondent.
----------------------------------------------------------
x

*Appearances:*

| *For the Petitioner:* | *For the Respondent*: |
|---|---|
| JORGE LUIS ESPINAL | LORETTA LYNCH, ESQ. |
| *Pro Se* | United States Attorney |
| FPC-Canaan | Eastern District of New York |
| PO Box 200 | BY: PATRICIA E. NOTOPOULOS, ESQ. |
| Waymart, PA 18472 | Assistant United States Attorney |
| | 225 Cadman Plaza East |
| | Brooklyn, NY 11201 |

**BLOCK, Senior District Judge:**

        On December 6, 2011, the Court denied Jorge Luis Expinal's petition to vacate, set aside or correct his sentence pursuant to 22 U.S.C. § 2255. It did not issue a certificate of appealability because Espinal did not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).

        On February 3, 2012, the Court denied Espinal's motion for reconsideration pursuant to Federal Rules of Civil Procedure 60(b) and 60(d). Although Espinal did not request a certificate of appealability in connection with his motion, the Second Circuit Clerk's Office has asked the Court to consider whether to issue one *sua sponte*.

        Having carefully reviewed the disposition of Espinal's motion, the Court concludes

that the motion did not make a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue.

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
April 27, 2012